CHRIS VANGELLOW et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Motion granted and appeal dismissed unless appellant-respondent's records and briefs are filed and served on or before September 12, 1972. Memorandum: The State's appeal was perfected prior to that of the claimants (CPLR 5515).